[Criminal No. 139.]

EMETERIO POSADO, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial District in and for the County of Graham.  F. M. Doan, Judge.

E. J. Edwards, for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

January 18, 1900.  Dismissed.

---

[Criminal No. 145.]

RAMON PINERO, Appellant, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial District in and for the County of Graham.  F. M. Doan, Judge.

F. B. Laine, for Appellant.

C. F. Ainsworth, Attorney-General, and Wiley E. Jones, District Attorney, for Respondent.

January 19, 1900.  Affirmed.

---

[Civil No. 714.]

A. A. LONG et al., Appellants, v. COMMON COUNCIL OF THE CITY OF PHŒNIX, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.  Webster Street, Judge.

C. F. Ainsworth, for Appellants.

Hamilton & Armstrong, and L. H. Chalmers, Attorneys for Appellee.

January 19, 1900.  Dismissed